IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>**2021 Subaru Outback, Vehicle Identification Number: 4S4BTAFC7M3207427** | No.   22-SW-2090DPR |

## ORDER TO UNSEAL

Upon the Application of the United States to unseal certain documents relating to the above referenced search and seizure warrant granted by this Court, and for good cause shown,

IT IS HEREBY ORDERED that all applications, affidavits, orders, and related documents shall be unsealed.

*/s/ David P. Rush*
Honorable David P. Rush
United States Chief Magistrate Judge

Dated:   August 21, 2023